March 18, 2011

Mr. Bryan L. Baker
Office of the Attorney General
P. O. Box 12548
Austin, TX 78711

Mr. Alton J. Hall Jr.
Epstein Becker Green Wickliff & Hall, P.C.
1000 Louisiana, Suite 5400
Houston, TX 77002-5013

Mr. Jonathan Day
Andrews Kurth LLP
111 Congress Ave., Suite 1700
Austin, TX 78701

Mr. Thomas R. Phillips
Baker Botts L.L.P.
98 San Jacinto Center, Suite 1500
Austin, TX 78701
Ms. Ruth Ruggero Hughs
Director of Defense LItigation
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548

Mr. Dennis N. Ryan
Andrews & Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Mr. Thomas Lane Brocato
816 Congress Ave., Suite 1900
Austin, TX 78701

Ms. Elizabeth R. B. Sterling
Office of the Attorney General
P. O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 08-0421
 Court of Appeals Number: 03-05-00557-CV
 Trial Court Number: GN5-00439

Style: THE STATE OF TEXAS, ET AL.
 v.
 PUBLIC UTILITY COMMISSION OF TEXAS, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Jeffrey D. Kyle |
| |Mr. Jonathan L. Heller |
| |Mr. James E. Cousar |
| |Mr. Kenneth L. Wiseman |
| |Mr. James G. Boyle |
| |Mr. Richard P. Noland |